1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL E. MITCHUM,

11              Plaintiff,               No. CIV S-07-0158 DFL DAD P

12      vs.

13   YOLO COUNTY SHERIFF'S
     DEPT. DIRECTOR, et al.,             ORDER FOR PAYMENT
14
                Defendants.              OF INMATE FILING FEE
15
     _____/
16

17   To:  The Chief Commander of the Yolo County Detention Facilities, 2500 East Gibson Road,

18   Woodland, CA 95776:

19              Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is obligated to

20   pay the statutory filing fee of $350.00 for this action.  Plaintiff has been assessed an initial partial

21   filing fee of $0.02 for this action pursuant to 28 U.S.C. § 1915(b)(1).  Upon payment of that

22   initial partial filing fee, plaintiff will be obligated to make monthly payments in the amount of

23   twenty percent of the preceding month's income credited to plaintiff's trust account.  The Yolo

24   County Detention Facilities are required to send to the Clerk of the Court the initial partial filing

25   fee and thereafter payments from plaintiff's jail trust account each time the amount in the account

26   exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

1

Good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Chief Commander of the Yolo County Detention Facilities or a designee shall collect from plaintiff's jail trust account an initial partial filing fee in the amount of $0.02 and shall forward the amount to the Clerk of the Court.  Said payment shall be clearly identified by the name and number assigned to this action.

2. Thereafter, the Chief Commander of the Yolo County Detention Facilities or a designee shall collect from plaintiff's jail trust account the $349.98 balance of the filing fee by collecting monthly payments from plaintiff's jail trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and forwarding payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2).  The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit on the Chief Commander of the Yolo County Detention Facilities, 2500 East Gibson Road, Woodland, CA 95776.

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

DATED: February 27, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
mitc0158.cdc

2