IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL E. MITCHUM,

        Plaintiff,

vs.

YOLO COUNTY SHERIFF'S DEPARTMENT, DIRECTOR, et al.,

        Defendants.

Case No. 2:07-cv-00158 JKS DAD P

ORDER

        Plaintiff, an inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On April 12, 2007, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has filed objections to the findings and recommendations.

        The magistrate judge dismissed Plaintiff's claim because it was too vague to determine if it stated a claim.  Plaintiff was given thirty days to file an amended complaint.  After the time had elapsed the magistrate judge recommended Plaintiff's action be dismissed for failure to file an amended complaint as instructed.  Plaintiff filed objections to the findings and recommendations, essentially requesting additional time because of difficult conditions in the Yolo County Jail.

        In an abundance of caution and in the interest of justice, the Court will give Plaintiff an extension of thirty days to comply with the order filed February 28, 2007.  The Court will not grant

any further extensions for this purpose.  Plaintiff's failure to comply with this Order will result in dismissal of this action.

Accordingly, **IT IS HEREBY ORDERED** that:

1.  The findings and recommendations filed April 12, 2007, are vacated;

2.  Plaintiff is granted a final thirty days from the date of this Order in which to submit an amended complaint.

Dated this the 7th day of March 2008.

/s/ James K. Singleton, Jr.
**JAMES K. SINGLETON, JR.**
United States District Judge

ORDER