IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL E. MITCHUM,

       Plaintiff,

   vs.

YOLO COUNTY SHERIFF'S
DEPARTMENT, DIRECTOR, et al.,

       Defendants.

Case No. 2:07-cv-00158 JKS DAD P

ORDER

     Plaintiff, an inmate proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  In February 2007, a United States Magistrate Judge dismissed Plaintiff's complaint because it was too vague to determine if it stated a claim.  Docket No. 9.  Plaintiff was ordered to file an amended complaint within thirty days.  *Id.*  After the time had elapsed the magistrate judge recommended Plaintiff's action be dismissed for failure to file an amended complaint as instructed. Docket No. 13.  Plaintiff filed objections to the findings and recommendations, essentially requesting additional time because of difficult conditions in the Yolo County Jail.  Docket No. 14. In March 2008, this Court, in the interest of justice, gave Plaintiff a final extension of thirty days to comply with the order filed February 28, 2007.  Docket No. 17.  The Court explicitly warned Plaintiff that it would not grant any further extensions, and that failure to comply with the order would result in dismissal of his case.  *Id.*  As Plaintiff has not filed an amended complaint as instructed, this matter shall be dismissed without prejudice pursuant to Local Rule 11-110 and Fed. R. Civ. P. 41(b).

     Accordingly, **IT IS HEREBY ORDERED** that:

1.  This action is dismissed without prejudice; and

2.  The Clerk shall enter judgment accordingly.

Dated this the 24th day of April 2008.

          /s/ James K. Singleton, Jr.
         **JAMES K. SINGLETON, JR.**
         United States District Judge

1